

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2016

No. 04-15-00575-CV

**B&P DEVELOPMENT, LLC** and Chad H. Foster Jr.,
Appellants

v.

**KNIGHTHAWK, LLC**, Series G,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 29842
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

Appellants filed a motion to extend time to file their reply brief. The motion is unopposed. After review, we **GRANT** appellant's motion.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court